%AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

DIANE CUSWORTH

**JUDGMENT IN A CIVIL CASE**

V.

COUNTY OF HERKIMER, ET AL.

Case Number: 5:03-CV-0318 (NAM/DEP)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 15 2006
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that this case is dismissed pursuant to Plaintiff's Acceptance of Defendant's FRCP Rule 68 Offer of Judgment in the amount of $175,000.00.

September 15, 2006
Date

Lawrence K. Baerman
Clerk

*Judi L Roberts*
(By) Deputy Clerk
Judi L. Roberts